

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** Jonathan@ShalomlawNY.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

February 23, 2021

**VIA ECF**

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Michelle Tenzer-Fuchs v. Rugs.com, LLC*
               Case No. 20-cv-05908-SJF-ST

Dear Judge Feuerstein:

      The undersigned represents Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") in connection with the above-referenced matter. I write to advise the Court that the parties have reached a settlement in principle. Accordingly, the parties respectfully request that all pending deadlines, including the preliminary conference currently scheduled for February 25, 2021, at 9:30 a.m. be held in abeyance for forty-five (45) days to allow the parties time to finalize their settlement and file a stipulation of dismissal with the Court.

                                                        Respectfully submitted,

                                                        Jonathan Shalom

cc:     All counsel of record (via ECF)