# CIVIL CAUSE FOR STATUS CONFERENCE

**FILED**
**CLERK**

2:29 pm, Feb 25, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

BEFORE: JUDGE FEUERSTEIN

DATE: February 25, 2021                    TIME:(30 MINUTES)

CASE NUMBER:

**2:20-cv-05908-SJF-ST**

CASE TITLE:
Tenzer-Fuchs v. Rugs.com, LLC

PLTFFS ATTY:    Jonathan Shalom
        x   present            not present

DEFTS ATTY:    No Appearance
            present            not present

COURT REPORTER:

COURTROOM DEPUTY: Bryan Morabito

 X    CASE CALLED.

      HEARING HELD/ CONT'D TO                              .

      ORDER ENTERED ON THE RECORD.

OTHER:   Case settled.   Case closed.